UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


CHERYL L. BARTON,

        Plaintiff,               Case No. 07-13933
                                                                     Hon. Anna Diggs Taylor

v.                                                                          Magistrate Judge Donald A. Scheer

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/


## ORDER ACCEPTING MAGISTRATE'S REPORT AND RECOMMENDATION

This matter is before the court on Magistrate Judge Donald A. Scheer's Report and Recommendation of January 8, 2008, granting Defendant's Motion to Dismiss, and dismissing Plaintiff's Complaint.

The court has reviewed the file and the Magistrate Judge's Report and Recommendation. No objections have been filed. The court finds that the law cited by the Magistrate has been correctly placed and is controlling in this matter.

Therefore, the court will accept the Magistrate's Report and Recommendation of January 8, 2008 as the findings and conclusions of this court.

Accordingly,

IT IS HEREBY ORDERED that Magistrate Scheer's Report and Recommendation of January 8, 2008 is ACCEPTED and ADOPTED.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss is GRANTED and Plaintiff, Cheryl L. Barton's Complaint is dismissed.

IT IS SO ORDERED.


DATED: February 1, 2008                                           **s/Anna Diggs Taylor**
                                                                           ANNA DIGGS TAYLOR
                                                                           UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on February 1, 2008.

Marshall D. Basham
Boettcher, Boettcher,
110 N. 4th Street
P.O. Box 1631
Ponca City, OK 74601

                                            s/Johnetta M. Curry-Williams
                                            Case Manager